■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMEEN BROOKS, Appellant. — Judgment, Supreme Court, New York County (Patrick McGinley, J.), rendered on January 15, 1982, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Sandler, Sullivan, Silverman and Bloom, JJ.